UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIE J. GRIFFIN, JR.,

    Plaintiff,

v.

W. LEHMAN, A. BEGGS, MRS. AUTERSON,
BRAD WIESEL, LT. PITTS, SHU STAFF, MR.
WALTERS, MR. PARMLEE, LT. LOCKRIDGE,
MR. THOMAS, ASSOCIATE WARDEN JULIEN,
TONY CHAMNESS and MR. BANEY,

    Defendants.

Case No. 11-cv-110-JPG-PMF

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the following claims are dismissed with prejudice:

- Count 1 against defendants Brad Wiesel and Lt. Pitts for denial of access to visitors in violation of plaintiff Willie J. Griffin, Jr.'s Fifth Amendment due process rights;

- Count 2 against defendants W. Lehman and A. Beggs for writing or supporting a false disciplinary ticket in violation of plaintiff Willie J. Griffin, Jr.'s Fifth Amendment due process rights; and

- Count 4 against defendant Associate Warden Julien for failing to allow plaintiff Willie J. Griffin, Jr. to take a polygraph test in violation of his Fifth Amendment due process rights;

IT IS FURTHER ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Count 3 against defendant Mrs. Auterson for her conduct in finding Griffin guilty of the disciplinary charge in violation of his Fifth Amendment due process rights;

- Count 5 against defendant SHU Staff for denial of recreation time, haircuts, telephone use, and law library use and by placement in a one-man cell with another inmate, all in retaliation for complaining about second-hand smoke and the handling of food trays in violation of plaintiff Willie J. Griffin, Jr.'s First Amendment rights;

- Count 6 against defendants Mr. Baney and Tony Chamness for intimidation in retaliation for plaintiff Willie J. Griffin, Jr.'s agreeing to serve as a witness in another inmate's disciplinary hearing in violation of plaintiff Willie J. Griffin, Jr.'s First Amendment rights; and

- all claims against defendants Mr. Walters, Mr. Parmlee, Lt. Lockridge and Mr. Thomas.

**DATED: May 10, 2013**     **NANCY J. ROSENSTENGEL, Clerk of Court**

**s/Brenda K. Lowe, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**